**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **FRANCISCA GONZALEZ,** | § | |
| Plaintiff, | § | |
| v. | § | No. 3:15-CV-3763-M (BF) |
| **CAROLYN W. COLVIN, Acting** | § | |
| **Commissioner of the Social Security** | § | |
| **Administration,** | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the final decision of the Commissioner is **AFFIRMED**.

**SO ORDERED** this 21st day of February, 2017.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**